IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JASON LEE CRAPO,<br><br>        Plaintiff,<br><br>v.<br><br>OFFICER BOWEN, et al.,<br><br>        Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br>Case No. 2:25-cv-01095-TS-DBP<br><br>District Judge Ted Stewart<br>Magistrate Judge Dustin B. Pead |

Plaintiff Jason Lee Crapo filed his Complaint on December 2, 2025.[1] This matter was subsequently referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge issued a Report and Recommendation on March 12, 2026.[2] This matter is before the Court for consideration of that Report and Recommendation.

The Magistrate Judge recommends that the Court grant Defendants Sim Gill, Shantelle Argyle, and Ahron Huebner's (collectively "Salt Lake County Defendants") Motion to Dismiss for failure to state a claim. Pursuant to 28 U.S.C. § 636(b), a party has 14 days after being served with a copy of the Report and Recommendation to file an objection. The parties have not done so. The Court has considered the materials in the file and the Report and Recommendation and agrees with the Magistrate Judge's findings and recommendation.

---

[1] Docket No. 1.

[2] Docket No. 33.

It is therefore

ORDERED that the Magistrate Judge's Report and Recommendation (Docket No. 33) is

ADOPTED IN FULL.

DATED  April 6, 2026.

BY THE COURT:

_____

TED STEWART
United States District Judge